

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00334-CV

**IN RE** Teresa L. **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

On June 26, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 5, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 19-1453-CV-C, styled *Teresa Rodriguez v. Allstate Fire and Casualty Insurance Co.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III presiding.